# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145209

ROBERT PONTE,
   Plaintiff-Appellant,

v

Estate of PAMELA PONTE, by WENDY S.
REINHARDT, Personal Representative, KEITH
REDLIN, THOMAS COLBY, SPENCER
PONTE, and AMERICAN CENTURY
INVESTMENT SERVICES, INC.,
   Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145209
COA: 300789
Washtenaw CC: 09-001276-CZ

On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

s0827